1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   MATT FREEMAN
3  Nevada Bar No. 14198
   Matt.Freeman@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
6  Facsimile: 702.893.3789
   *Attorneys for Defendants*
7  *Las Vegas Metropolitan Police Department,*
   *Victoria Cuevas, and*
8  *Denton Burt*

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11

12  JEREMIAH CARTER, an individual,           Case No. 2:25-cv-01881-EJY

13              Plaintiff,                     **DEFENDANTS LAS VEGAS
                                              STIPULATION AND ORDER FOR
14        vs.                                 EXTENSION OF TIME TO FILE A
                                              RESPONSE TO PLAINTIFFS'
15  LAS VEGAS METROPOLITAN POLICE             COMPLAINT**
    DEPARTMENT, a political subdivision of the
16  State of Nevada; VICTORIA CUEVAS, an      **FIRST REQUEST**
    individual, and DENTON BURT, an
17  individual,

18              Defendants.

19

20        COME NOW, the parties, by and through their undersigned counsel of record and hereby

21  stipulate and agree that the time for Defendants LAS VEGAS METROPOLITAN POLICE

22  DEPARTMENT, VICTORIA CUEVAS and DENTON BURT,  to file their response to Plaintiff's

23  Complaint, said response being due on October 9, 2025, be extended until December 8, 2025.

24                            **Reason for Extension**

25        The Parties want to explore the possibility of resolving the case and avoid protracted and

26  expensive litigation and because of the complexity of the claims made in Plaintiffs' Complaint,

27  need time to do so.  This stipulation is made in good faith and not for the purpose of delay.

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

163796759.1

1    This is the first extension of time requested by counsel for filing Defendants' response to

2    Plaintiffs' Complaint.

3    Dated this 9th day of October, 2025.          Dated this 9th day of October, 2025.

4    LEWIS BRISBOIS BISGAARD & SMITH LLP          BREEDEN & ASSOCIATES, PLLC

5

6    */s/ Robert W. Freeman*                      */s/ Adam J. Breeden*
     ROBERT W. FREEMAN                            ADAM J. BREEDEN
7    Nevada Bar No. 3062                          Nevada Bar No. 8768
     E. MATTHEW FREEMAN                           7432 W. Sahara Avenue, Suite 101
8    Nevada Bar No 14198                          Las Vegas, Nevada 89117
     6385 S. Rainbow Blvd., Suite 600             *Attorneys for Plaintiff*
9    Las Vegas, Nevada 89118
10   *Attorney for Defendants*

11

12

13                                  **ORDER**

14   IT IS SO ORDERED.

15   Dated this 9th day of _October_, 2025.

16

17                                  U.S. MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW