LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*Victoria Cuevas and Denton Burt*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JERMIAH CARTER, an individual,<br><br>                     Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; VICTORIA CUEVAS, an individual, and DENTON BURT, an individual,<br><br>                     Defendants. | Case No.:   2:25-cv-01881-APG-EJY<br><br>**SUBSTITUTION OF ATTORNEYS** |

LYSSA ANDERSON, KRISTOPHER KALKOWSKI and TRAVIS STUDDARD of the law firm of KAEMPFER CROWELL hereby substitute as attorneys for Defendants, Las Vegas Metropolitan Police Department, Victoria Cuevas and Denton Burt ("LVMPD Defendants") in the above-entitled action, in place of Robert W. Freeman, Esq. and E. Matthew Freeman, Esq. of the

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.339

Page 1 of 4

law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP.

DATED this 12th day of May, 2026.

KAEMPFER CROWELL

By:    /s/ Lyssa Anderson
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
TRAVIS C. STUDDARD (Nevada Bar No. 16454)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

**Attorneys for Defendants**
**Las Vegas Metropolitan Police Department**
**Victoria Cuevas and Denton Burt**

DATED this 12th day of May, 2026.

We hereby consent to the substitution.

LVMPD Defendants

By:    /s/ Matthew Christian
Name:  Matthew Christian
Assistant General Counsel for Las Vegas
Metropolitan Police Department

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.339

Page 2 of 4

We hereby agree to the substitution of Kaempfer Crowell as attorneys for the LVMPD Defendants.

DATED this 12th day of May, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Robert W. Freeman
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
E. MATTHEW FREEMAN, ESQ.
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: May 12, 2026

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.339

Page 3 of 4